JOHN GIORDANO
UNITED STATES ATTORNEY
BY: PETER A. LASERNA
ASSISTANT UNITED STATES ATTORNEY
970 BROAD STREET, SUITE 700
NEWARK, NEW JERSEY 07102
TEL: 973-645-2700
PETER.LASERNA@USDOJ.GOV

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| v. | : | Civil Action No. 24-7268 |
| $634,778.69 PREVIOUSLY HELD IN J.P. MORGAN CHASE BANK ACCOUNT NUMBER ENDING 3753, HELD IN THE NAME OF SUPREME STATE LLC; | : : : | DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |
| $11,807.08 PREVIOUSLY HELD IN J.P. MORGAN CHASE BANK ACCOUNT NUMBER ENDING 0172, HELD IN THE NAME OF SKYER USA INC.; AND | : : : | |
| $7,571.49 PREVIOUSLY HELD IN FIDELITY BANK ACCOUNT NUMBER ENDING 7896, HELD IN THE NAME OF BVP LOGISTICS, INC., | : : : | |

Defendants *in Rem*.

WHEREAS, on or about June 26, 2024, the United States filed a Verified Complaint for Forfeiture *In Rem* (the "Verified Complaint") in the United States District Court for the District of New Jersey against the real property known as (i) $634,778.69 previously held in J.P. Morgan Chase Bank account number 393883753, held in the name of Supreme State LLC; (ii) $11,807.08 previously held in J.P.

Morgan Chase Bank account number 667760172, held in the name of Skyer USA Inc.; and (iii) $7,571.49 previously held in Fidelity Bank account number 9037896, held in the name of BVP Logistics, Inc. (hereinafter referred to as the "Defendant Property"). The Verified Complaint alleged that the Defendant Property is subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), as property constituting, and derived from, proceeds traceable to a violation of 18 U.S.C. § 1343, and pursuant to 18 U.S.C. § 981(a)(1)(A), as property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956 or 1957;

WHEREAS, on or about July 3, 2024, the United States filed a Notice of Forfeiture (the "Notice of Forfeiture"). The Notice of Forfeiture stated that any person who wished to assert an interest in and avoid forfeiture of the Defendant Property was required to file a verified claim with the Clerk of the Court no later than 35 days from the date the notice was sent, if the notice was mailed; no later than 35 days from the date the notice was delivered, if personally served; within 60 days from the first day of publication of notice on the government internet site www.forfeiture.gov; or within the time period that the Court allowed, provided that any request for an extension of time from the Court was made prior to the expiration of the time within which the person is required to file such verified claim. The Notice of Forfeiture also detailed the procedure for filing a claim and answer;

WHEREAS, on or about July 1, 2024, the Clerk of Court issued a Warrant for Arrest In Rem as to the Defendant Property, and the United States Marshals Service has executed the Warrant for Arrest on the Defendant Property, in accordance with 18 U.S.C. § 985(c)(1)(C);

WHEREAS, on or about July 3, 2024, the United States sent copies of the Verified Complaint for Forfeiture and Notice of Forfeiture by FedEx Standard Overnight Mail to the below-listed persons and entities:

a) Supreme State LLC, c/o Dr. Owusu Kizito, 3915 Main St., #202, Flushing, New York 11354;

b) Skyer USA Inc., c/o Sumei Yu, 10850 Donamere Dr., Alpharetta, Georgia 30022; and

c) BVP Logistics Inc., c/o Jane Louis, 12725 Etris Rd., Roswell, Georgia 30075;

WHEREAS, on or about September 4, 2024, the United States sent copies of the Verified Complaint for Forfeiture and Notice of Forfeiture by FedEx Standard Overnight Mail to BVP Logistics Inc., 5101 Fulton Industrial Blvd SW, Atlanta, GA, 30336;

WHEREAS, the United States posted notice of this forfeiture action on an official government internet site, http://www.forfeiture.gov, beginning on July 4, 2024, and running for 30 consecutive days, through August 2, 2024, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure (the "Supplemental Rules"). Proof of publication (ECF Doc. 5) was filed with the Court on October 11, 2024;

WHEREAS, no claims or answers were filed or made in this action, no parties have appeared to contest the action to date, and the statutory time periods in which to do so have expired. *See* Supplemental Rules G(4)(b)(ii) and G(5)(a) and 18 U.S.C. § 983(a)(4);

WHEREAS, on February 10, 2025, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the United States filed a request for entry of a default by the Clerk of the Court; and

WHEREAS, on February 11, 2025, the Clerk entered a default against the Defendant Property;

IT IS HEREBY, ORDERED, ADJUDGED, AND DECREED:

1. A Default Judgment and a Final Order of Forfeiture is granted and hereby entered against the Defendant Property, namely, (i) $634,778.69 previously held in J.P. Morgan Chase Bank account number 393883753, held in the name of Supreme State LLC; (ii) $11,807.08 previously held in J.P. Morgan Chase Bank account number 667760172, held in the name of Skyer USA Inc.; and (iii) $7,571.49 previously held in Fidelity Bank account number 9037896, held in the name of BVP Logistics, Inc., and no right, title, or interest in the Defendant Property shall exist in any other party.

2. The appropriate United States government agency, its agent, or designee shall dispose of the Defendant Property according to law.

ORDERED this 7 day of May 2025.

_____
HON. MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE